IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEANEH BANGALU            : | |
| :                          | |
| v.                       : | CIVIL ACTION NO. 13-4076 |
| :                          | |
| PROSPECT PARK HEALTH &   : | |
|   REHABILITATION RESIDENCE, ET AL.   : | |

## ORDER

This 24th day of June, 2014, in accordance with the Notice of Acceptance of Offer and Judgment pursuant to F.R.C.P. 68 filed by Plaintiff on May 30, 2014, it is ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $1,000.00, exclusive of costs (including attorney's fees) accrued.  Costs and fees shall be taxed upon application by Plaintiff pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Plaintiff shall submit a fee petition and bill of costs for fees and costs pursuant to Rule 54(d) and 29 U.S.C. §216(b) within 30 days of this entry of judgment.

      /s/ Gerald A. McHugh
United States District Court Judge