# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEANEH BANGALU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROSPECT PARK HEALTH &<br>REHABILITATION RESIDENCE, et al.<br><br>　　　　Defendants. | CIVIL ACTION NO: 13-4076<br><br>FILED<br>JUL 2 5 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## CONSENT ORDER FOR AWARD OF ATTORNEYS' FEES AND TAXING OF COSTS

**THIS MATTER,** having been opened to the Court pursuant to consent of Plaintiff Seaneh Bangalu ("Plaintiff"), through counsel, and consent of Defendants Prospect Park Health & Rehabilitation Residence, et al. ("Defendants"), through counsel, and Plaintiff having accepted the Offer of Judgment from Defendants, for judgment in the amount of $1,000.00, plus reasonable attorneys' fees, expenses and costs to be determined by the Court, and the Clerk of this Court having entered said judgment, and Plaintiff and Defendants having agreed to the amount of attorneys' fees, expenses and costs to be awarded to Plaintiff, it is hereby agreed to by Plaintiff and Defendants that attorney's fees be awarded in favor of Plaintiff in the amount of Eleven Thousand and Sixty Dollars ($11,060.00) and costs for the filing of the Complaint, service of process, and deposition costs be awarded to Plaintiff in the amount of Six Hundred and Thirty-Seven Dollars and Thirty-One cents ($637.31), with payment of said attorneys' fees and costs to be made directly by Defendants to counsel for Plaintiff, Swartz Swidler, LLC. It

is further agreed that no other attorneys' fees, costs or expenses shall be awarded to Plaintiff or counsel for Plaintiff.

| | |
|---|---|
| **SOBOL & SOBOL, P.C.** | **SWARTZ SWIDLER, LLC** |
| *Attorneys for Defendants.* | *Attorneys for Plaintiff* |
| /s/ Daniel J. Sobol | /s/ Matthew D. Miller |
| Daniel J. Sobol, Esquire | Matthew D. Miller, Esquire |

SO ORDERED,

_____
Hon. Gerald A. McHugh, U.S.D.J.

DATED: July 25, 2014

BA2/411370

2